In the Matter of the Judicial Settlement of the Accounts of SARAH M.

ADAMS, as Administratrix, etc., of MARIA SEARS, Deceased, Respondent. EMMA L. COLLINS, Administratrix, etc., Appellant.— Decree unanimously affirmed, with costs.